IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:10-CR-2-D
No. 4:19-CV-165-D

| | |
|---|---|
| KENNETH EARL WOOTEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On November 17, 2021, Kenneth Earl Wooten ("petitioner") withdrew his second motion under 28 U.S.C. § 2255. See [D.E. 83]; cf. [D.E. 40] (order denying petitioner's first motion under 28 U.S.C. § 2255); [D.E. 54] (petitioner's unauthorized second motion under 28 U.S.C. § 2255). Thus, the court DISMISSES AS MOOT respondent's motion to dismiss [D.E. 78]. The United States shall respond to petitioner's motion for compassionate release [D.E. 72] not later than January 24, 2022.

SO ORDERED. This 22 day of December, 2021.

JAMES C. DEVER III
United States District Judge