UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:10-CR-2-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| KENNETH EARL WOOTEN ) | |
| ) | |
| Defendant. ) | |

For good cause having been shown upon the United States' Motion to Seal, it is hereby

ORDERED that Exhibit 1 (DE 89) Regarding Defendant's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582 be filed under seal.

This __23__ day of February, 2022.

JAMES C. DEVER III
United States District Judge